## JACOB SMITH *versus* JAMES ABBOTT

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Declaration filed, rule to plead, continued *p. 467; (2) depositions filed, agreed to be read in evidence *p. 477; (3) settled out of court *p. 672.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) deposition of Charles Girard.
*Office Docket,* MS p. 8, c. 5; p. 36, c. 9.

## SOLOMON SIBLEY, ADMINISTRATOR OF THE ESTATE OF WILLIAM FLANAGAN, DECEASED, *versus* JAMES MAY

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Declaration filed, rule to plead, continued *p. 468; (2) cognovit, judgment *p. 495; (3) settled out of court *p. 662.
PAPERS IN FILE: (1) Capias and return; (2) declaration.
*Office Docket,* MS p. 13, c. 21; p. 37, c. 17.

## JACOB FOWLER, ROBERT PIATT AND HUGH GLENN *versus* WILLIAM MACOMB

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Declaration filed, rule to plead, continued *p. 468; (2) cognovit, judgment *p. 497.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) subpoena; (5) precipe for fi. fa.; (6) fi. fa.; (7–8) promissory notes.
*Office Docket,* MS p. 13, c. 20; p. 37, c. 16; p. 49, c. 2.